1    Irving L. Berg (SBN 36273)
     THE BERG LAW GROUP
2    145 Town Center, PMB 493
     Corte Madera, California 94925
3    (415) 924-0742
     (415) 891-8208 (Fax)
4    irvberg@comcast.net (e-mail)

5    ATTORNEY FOR PLAINTIFF

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    WILLIE TICZON, individually and on        Case No.  C 08-1312 SBA
9    behalf of all others similarly situated,
                                                **STIPULATION FOR DISMISSAL
10                     Plaintiffs,              WITH PREJUDICE AS TO PLAINTIFF
                                                AND WITHOUT PREJUDICE AS TO
11           v.                                 THE CLASS [Rule 41(a)(1)(ii)]**

12   DUNSTONE FINANCIAL LLC; DOES
     1 THROUGH 10,
13

14                     Defendants.
     _____/

15          IT IS HEREBY STIPULATED by and between plaintiff WILLIE TICZON ("Plaintiff")

16   and DUNSTONE FINANCIAL LLC, through their respective counsel of record, that the parties

17   have reached settlement in this action and that the action against Defendant shall be dismissed

18   with prejudice, each party to bear its own costs and attorneys' fees. The putative class claims

19   shall be dismissed without prejudice.

20                                             THE BERG LAW GROUP

21

22   Dated:___05/24/08_____              ___/s/_____
                                           by Irving L. Berg
23                                         Attorney for Plaintiff

24
                                           ELLIS, COLEMAN, POIRIER, LAVOIE &
25                                         STEINHEIMER

26   Dated:____05/30/08_____             ___/s/_____
                                           by Jeffrey J. Whitelaw
27                                         Attorney for Defendant

28
     STIPULATION FOR DISMISSAL WITH                        TICZON V. DUNSTONE
     PREJUDICE AS TO PLAINTIFF AND                         CASE NO. C 08-01312 SBA
     WITHOUT PREJUDICE AS TO THE CLASS          1